RISHI BHANDARI (SBN 226055)
rb@mandelbhandari.com
**MANDEL BHANDARI LLP**
80 Pine Street, 33rd Floor
New York, NY 10005
Telephone: (212) 269-5600
Facsimile: (646) 964-6667

*Attorneys for Plaintiffs The Bryn Mawr Trust Company of Delaware, Premier Trust, Inc., and Adeeti Aggarwal*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BRYN MAWR TRUST COMPANY OF DELAWARE, as TRUSTEE for the SANGEETA AGGARWAL IRREVOCABLE TRUST, PREMIER TRUST, INC., as TRUSTEE for the AGGARWAL 2024 IRREVOCABLE TRUST, and ADEETI AGGARWAL, as TRUSTEE for the AGGARWAL CHARITABLE REMAINDER TRUST,<br><br>Plaintiffs,<br><br>-against-<br><br>EVALUESERVE HOLDINGS AG,<br><br>Defendant. | Docket No: 3:25-cv-05986<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) *The Bryn Mawr Trust Company of Delaware, Premier Trust, Inc., and Adeeti Aggarwal* and their counsels, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant Evalueserve Holdings AG.

**DATED:**   New York, New York
July 24, 2025

By: /s/ Rishi Bhandari
Rishi Bhandari

MANDEL BHANDARI LLP
Rishi Bhandari
80 Pine Street, 33rd Floor
New York, NY 10005
T: (212) 269-5600
F: (646) 964-6667
rb@mandelbhandari.com

*Attorneys for Plaintiffs*

NOTICE OF DISMISSAL
3:25-cv-05986